# UNITED STATES DISTRICT COURT
for the

Middle District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br>JAMES JENKINS | )<br>)<br>) Case No: 3:97-cr-00046-FJP-DLD-1<br>) USM No: 02884-095<br>) |
| Date of Original Judgment: 11/07/97<br>Date of Previous Amended Judgment: 09/07/11<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Rebecca Hudsmith<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

X  DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  09/07/11  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  April 19, 2012

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Frank J. Polozola, U.S. District Judge
*Printed name and title*